**Irvin BRAY et al., Plaintiffs,**

**v.**

**SAFEWAY STORES, INCORPORATED, et al., Defendants.**

**No. 48538.**

United States District Court, N. D. California.

Aug. 5, 1975.

### ORDER

OLIVER J. CARTER, Chief Judge.

The parties having settled the case, and the judgment having been vacated by the United States Court of Appeals for the Ninth Circuit, the cause is dismissed with prejudice, 392 F.Supp. 851.